|  |  |  |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|  | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Misc. AG Docket No. 42 |
| BYRON KEITH FOGAN | * | September Term, 2022 |
|  | * |  |

# O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Byron Keith Fogan, on January 5, 2023, in which the parties agree that the Respondent engaged in misconduct that violates the Maryland Attorneys' Rules of Professional Conduct set forth below and the Respondent consents to disbarment as the appropriate sanction, it is this 5th day of January, 2023,

ORDERED, by the Supreme Court of Maryland, that, effective immediately, the Respondent, Byron Keith Fogan, is disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall strike the name of Byron Keith Fogan from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Shirley M. Watts
Senior Justice

Gregory Hilton, Clerk